**No. 45234.**—Protest 10269–K of Smith-Douglass Co., Inc. (Norfolk).

Opinion by WALKER, J. It appeared that the plaintiff failed to identify the exported bags with the imported material in accordance with the provisions of T. D. 39415. On the record presented the protest was overruled.

**No. 45235.**—Protest 975551–G of Black & Geddes (New York).

Opinion by WALKER, J. The chemist's report indicates that the merchandise consists of a mixture of Japan wax with other wax which was conceded to be a mineral wax. Since both vegetable and mineral wax are provided for in paragraph 1796 the claim for free entry was sustained.

BEFORE THE SECOND DIVISION, JANUARY 20, 1941

**No. 45236.**—Protests 642835–G, etc., of International Clearing House of New York, et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45237.**—Protests 642519–G, etc., of Fares G. Deban et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45238.**—Protest 845787–G of Western Novelty Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the loving cups are similar to those passed upon in Abstract 43785. The claim at 45 percent under paragraph 397 was therefore sustained. As to the silk shamrocks it was stipulated that the merchandise is the same as that passed upon in Abstract 34745. The claim at 65 percent under paragraph 1211 was therefore sustained.

**No. 45239.**—Protest 35201–K of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.